IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**BETTY A. LEWIS**                                                                            **PLAINTIFF**

**v.**                          **Case No. 3:23-cv-00020-KGB**

**THE LINCOLN NATIONAL LIFE**
**INSURANCE COMPANY,** *et al.*                                           **DEFENDANTS**

## **ORDER**

Before the Court is plaintiff Betty A. Lewis's motion to dismiss with prejudice (Dkt. No. 2). Ms. Lewis states that the parties have reached a compromise, resolution, and settlement of all issues between them, and there are no remaining issues of law or fact for resolution (*Id.*, ¶¶ 1-2). For good cause shown, the Court grants Ms. Lewis's motion and dismisses with prejudice Ms. Lewis's complaint with each party to bear their own costs (Dkt. No. 2).

It is so ordered this 1st day of August, 2023.

*[signature: Kristine G. Baker]*
Kristine G. Baker
United States District Judge